# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| Renita Ross, | ) | |
| Plaintiff, | ) | |
| vs. | ) | **COMPLAINT** |
| Lincoln National Life Insurance Company, | ) | **(E.R.I.S.A. - Non-Jury)** |
| Defendants. | ) | |

Plaintiff Renita Ross, by and through her undersigned counsel, complaining of the above-named Defendant would respectfully show unto this Honorable Court the following:

## JURISDICTION AND VENUE

1. Plaintiff Renita Ross is a citizen and resident of Gaston County, North Carolina.

2. Prior to her disability, Plaintiff Renita Ross worked for Blum, Inc., in the State of North Carolina.

3. Upon information and belief, Plaintiff's employer Blum, Inc. created and established an employee welfare benefit plans for the purpose of providing long term disability (LTD) benefits to its employees.

4. At all times material to the allegations contained here, Plaintiff Renita Ross was a participant in the Blum Inc. Long Term Disability Plan (hereinafter "the LTD Plan").

5. Upon information and belief, Blum, Inc. established and/or maintained a policy of group insurance with Defendant Lincoln National Life Insurance Company (hereinafter "Lincoln") in order to fund LTD benefits to its employees who chose to participate in the

Page 1 of 5

LTD Plan

6. Defendant Lincoln is the insurer and claims administrator of the LTD Plan.

7. Defendant Lincoln is a fiduciary with respect to the Blum, Inc. LTD Plan.

8. The Blum, Inc. LTD Plan is governed by the Employee Retirement and Income Security Act of 1974 (hereinafter "ERISA"), 29 U.S.C. § 1001, et seq.

9. Pursuant to 29 U.S.C. §1132(e), this Court has jurisdiction over Plaintiff's claims.

## FACTUAL ALLEGATIONS

7. Prior to her disability, Plaintiff Renita Ross enrolled in the Blum, Inc. LTD Plan.

8. Prior to her disability, Plaintiff Renita Ross worked for Blum, Inc., as a Tandem Assembly Team Leader.

9. Plaintiff's last day at work was on or about June 21, 2023.

10. Since June 22, 2023, Plaintiff has been unable to perform the material and substantial duties of her Own Occupation or Any Occupation due to various medical conditions including but not limited to chronic back pain radiating into both low extremities, scoliosis, numbness in both lower extremities, and knee pain and osteoarthritis.

11. After she became disabled, Plaintiff applied for STD benefits.

12. Defendant Lincoln approved Plaintiff's STD claim.

13. After she exhausted STD benefits, Plaintiff applied for LTD benefits.

14. As part of her LTD claim, Defendant required Plaintiff to file for Social Security Disability Income (SSDI) benefits and to argue to the Social Security Administration that she could do no work.

15. Lincoln approved her LTD Benefits from September 20, 2023 through September 19,

2025.

16. On July 15, 2025, Lincoln denied Plaintiff's continuing LTD benefits.

17. The Social Security Administration subsequently approved Plaintiff's SSDI claim.

18. On August 25, 205, Plaintiff advised Defendant Lincoln that the Social Security Administration had approved Plaintiff's SSDI claim under an Any Occupation definition of disability.

19. On September 18, 2025, Plaintiff timely appealed Defendant Lincoln's denial decision.

20. On October 9, 2025, Defendant wrote to Plaintiff to assert an overpayment in the amount of $38,133.47 arising from Plaintiff's recovery of SSDI benefits.

21. On December 4, 2025, Defendant Lincoln ignored the Social Security Administration's determination that Plaintiff is disabled from Any Occupation, when Defendant Lincoln denied Plaintiff's LTD appeal.

22. On December 9, 2025, Defendant Lincoln sent Plaintiff's overpayment to a its "collections unit" for "financial and collection services."

23. Plaintiff has exhausted all administrative remedies under the Plan.

24. Despite Plaintiff's continuous total disability since June 22, 2023, Defendant Lincoln has wrongfully failed to pay LTD benefits to Plaintiff as required by the Plan.

## CAUSE OF ACTION
### Claim for Long Term Disability benefits, pursuant to 29 U.S.C. §§ 1132(a)(1)(B)

25. Plaintiff incorporates all prior allegations herein, where not inconsistent, as if fully set forth herein.

26. Plaintiff has been totally disabled from performing the material duties of her own

Page 3 of 5

occupation or any other occupation for which he is reasonably qualified since June 22, 2023.

27. By virtue of its dual role as both the LTD Plan's Claims Administrator and the LTD Plan's insurer, Defendant Lincoln had a financial incentive to deny Plaintiff's LTD claim and appeal.

28. Defendant Lincoln acted under a financial conflict of interest when it made the determination to deny Plaintiff's LTD claim and LTD appeal.

29. Defendant Lincoln abused its discretion when it denied Plaintiff's LTD appeal.

30. Plaintiff is entitled to LTD benefits under the Plan.

31. Plaintiff has been totally disabled from performing the material duties of any occupation for which she is capable of performing by way of education, training, or experience and is entitled to LTD benefits under the terms of the Plan as described above.

32. Plaintiff seeks LTD benefits under the terms of the Plan, to enforce her rights under the terms of the Policy, and to clarify her rights to future benefits under the terms of the Policy, pursuant to 29 U.S.C. §1132(a)(1)(B).

33. Plaintiff respectfully requests that the Court order Defendant Lincoln to pay all amounts due and owing for the Plaintiff's LTD benefits under the terms of the LTD Plan pursuant to 29 U.S.C. § 1132(a)(1)(B).

34. Pursuant to 29 U.S.C. §1132(g), Plaintiff also respectfully requests that the court grant Plaintiff's attorneys fees and costs.

[continued on following page]

**WHEREFORE,** Plaintiff Renita Ross prays for judgment directing Defendant Lincoln National Life Insurance Company to pay Plaintiff's LTD benefits pursuant to the Blum, Inc. Long Term Disability Plan, attorneys fees and costs, and all such further relief as the Court deems just and proper.

Respectfully Submitted,

*s/John R. Peace*
John Robert Peace, Esq., NC Bar #27406, Fed ID 7411
PO Box 8087
Greenville, SC 29604-8087
Ph:     (864) 298-0500
FAX:   (864) 271-3130
John@PeaceLawFirm.com
**Attorney for Plaintiff Renita Ross**

April 8, 2026